```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 08/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NEW YORK ATHLETIC CLUB OF THE CITY
OF NEW YORK,

                           Plaintiff,

          -against-

KOKOMO USA LLC & NICO SERVENTI,

                       Defendants.
-------------------------------------------------------------------X

**ORDER RESCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**21-CV-2389 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Pre-Settlement telephone conference previously scheduled for Wednesday, August 25, 2021 at 12:30 p.m.  is hereby rescheduled to **Wednesday, August 25, 2021 at 3:30 p.m.**

Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267 and utilize the security code that was emailed to counsel by Chambers.**

     SO ORDERED.

Dated: August 19, 2021
      New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge