```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NEW YORK ATHLETIC CLUB OF THE CITY
OF NEW YORK,

                           Plaintiff,

      -against-

KOKOMO USA LLC & NICO SERVENTI,

                          Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**21-CV-2389 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Friday, October 15, 2021 at 2:00 p.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **October 8, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: August 25, 2021
       New York, New York

                                                               *Katharine H. Parker*
                                                               _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge