USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEW YORK ATHLETIC CLUB OF THE CITY
OF NEW YORK,

                            Plaintiff,

         -against-

KOKOMO USA LLC & NICO SERVENTI,

                        Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING**
**CONFERENCE**

**21-CV-2389 (GHW)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of the parties' joint letter indicating that they have reached a settlement in principle and are preparing the necessary paperwork to conclude the case. (ECF No. 35.)  In light of this, the settlement conference scheduled for October 15, 2021 is hereby adjourned *sine die*.

SO ORDERED.

Dated: October 7, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2